IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MID-AMERICA PIPELINE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV370 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILSON EXCAVATING, INC. and | ) | |
| DALE D. WILSON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Motion for Extension of Deadlines (Filing No. 102) in the May 14, 2010, Order Setting Final Schedule for Progression of Case (Filing No. 34) and the March 1, 2011, Order (Filing No. 92). Upon consideration and for good cause shown,

**IT IS ORDERED**:

1. The plaintiff shall have until June 3, 2011, to serve the statement required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness it expects to call to testify at trial.

2. The parties shall have until June 15, 2011, to conduct discovery regarding those subjects identified in the March 1, 2011, Order ¶ 2.

3. The parties shall have until June 17, 2011, file any motions in limine, including those motions challenging the admissibility of expert testimony under Fed. R. Evid. 702.

4. The Final Pretrial Conference with the undersigned magistrate judge is rescheduled to **July 5, 2011, at 10:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 6th day of May, 2011

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge