# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MID-AMERICA PIPELINE COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:09CV370** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **WILSON EXCAVATING, INC.** and **DALE D. WILSON,** | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Stipulation and Motion for Extension of Deadlines (Filing No. 110) in the May 6, 2011, Order (Filing No. 103). Upon consideration and for good cause shown,

**IT IS ORDERED**:

1. The defendants shall have until **4:00 p.m. on June 6, 2011**, to serve their Supplemental Rule 26(a)(1) Disclosures along with the supplemental report of their expert witness.

2. The plaintiff shall have until **4:00 p.m. on June 7, 2011**, to serve supplemental reports of previously identified expert witnesses.

3. The plaintiff shall have until **4:00 p.m. on June 7, 2011**, to serve the statement required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness it expects to call to testify at trial.

4. The parties shall have until **June 28, 2011**, to conduct discovery regarding those subjects identified in the March 1, 2011, Order ¶ 2.

DATED this 3rd day of June, 2011

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge