IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MID-AMERICA PIPELINE COMPANY, LLC, | ) |
| | ) Case No. 8:09-cv-370 |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER OF DISMISSAL |
| | ) WITH PREJUDICE |
| WILSON EXCAVATING, INC. and | ) |
| DALE D. WILSON, | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 145). Based upon the agreement and stipulation of the parties,

IT IS ORDERED that

1. the stipulation for dismissal is hereby approved;

2. Plaintiff Mid-America Pipeline Company, LLC's amended complaint and any causes of action against Defendants Wilson Excavating, Inc. and Dale D. Wilson are dismissed with prejudice, with the complete record waived, and with each party to pay their own Court costs and attorneys' fees.

Dated this 11th day of August, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief District Judge